# Innovative Food Solutions
## Profit anf Loss
## 2025

| | | | Jan | Feb | March | April | May | June | July | August | Sept | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | 2019 | | | | | | | | | | | | | |
| | Sales | | | | | | | | | | | | | | |
| Innovative Food Solutions | | | | - | - | - | - | - | - | - | - | - | | | - |
| Epoch Foods | | | | | | | | | | | | | | | - |
| Cost of Goods Sold | Net Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| | Variable Costs | | | | | | | | | | | | | | |
| | | Loan Repayment | 35,000 | 35,000 | 35,000 | 10,000 | 10,000 | 10,000 | | | | | | | 135,000 |
| | | Direct Outside Services | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Direct Labor | - | - | - | - | - | | | | | | | | - |
| | Total Variable Costs | | 35,000 | 35,000 | 35,000 | 10,000 | 10,000 | 10,000 | - | - | - | - | - | - | 135,000 |
| Total Cost of Goods Sold | Manufacturing Overhead | | - | - | - | - | - | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Gross Margin | | | 35,000 | 35,000 | 35,000 | 10,000 | 10,000 | 10,000 | - | - | - | - | - | - | 135,000 |
| Operating Expenses | | | (35,000) | (35,000) | (35,000) | (10,000) | (10,000) | (10,000) | - | - | - | - | - | - | (135,000) |
| | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | |
| | Sales Expenses | | | | | | | | | | | | | | |
| | Administrative Expenses | | | | | | | | | | | | | | |
| | Research Expenses | | - | - | - | - | - | - | | | | | | | - |
| Income from Operations: | Total Operating Expenses | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| | | | (35,000) | (35,000) | (35,000) | (10,000) | (10,000) | (10,000) | - | - | - | - | - | - | (135,000) |
| | Other Income | | | | | | | | | | | | | | |
| Net Operating Profit Before Taxes | Other Expenses | | | | | | | | | | | | | | |
| | | | (35,000) | (35,000) | (35,000) | (10,000) | (10,000) | (10,000) | - | - | - | - | - | - | (135,000) |
| | Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Operating Profit after Tax | Extraordinary Items | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EBITDA Adjustments to Net Profit | | | (35,000) | (35,000) | (35,000) | (10,000) | (10,000) | (10,000) | - | - | - | - | - | - | (135,000) |
| | | | | | | | | | | | | | | | |
| | Depreciation | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Amortization | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Interest | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Gain/Loss on Disposal of Assets | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| E B I T D A | Total Adjustments | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| | | | (35,000) | (35,000) | (35,000) | (10,000) | (10,000) | (10,000) | - | - | - | - | - | - | (135,000) |
| | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

# Innovative Food Solutions
## Balance Sheet
"09/01/2025

| | | Opening Balance | Sep | Oct | Nov |
|---|---|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| | Cash: | 0 | 0 | 0 | 0 |
| | Short Term Investments: | 0 | - | - | - |
| | Accounts Receivable: | 0 | | | |
| | Inventories: | 0 | 0 | 0 | 0 |
| | Deferred Assets and Expenses: | 0 | 0 | 0 | 0 |
| | Prepaid Expenses: | 0 | 0 | 0 | 0 |
| **Total Current Assets** | | 0 | 0 | 0 | 0 |
| **Fixed Assets** | | | | | |
| | Land: | 0 | - | - | - |
| | Building: | 0 | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 |
| | Machinery and Equipment: | 0 | - | - | - |
| | Automotive and Trucks: | 0 | - | - | - |
| | Furniture and Fixtures: | 0 | - | - | - |
| | Construction in Progress: | 0 | - | - | - |
| **Total Fixed Assets** | | 0 | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 |
| | Accumulated Depreciation: | 0 | 0 | 0 | 0 |
| **Book Value of Fixed Assets** | | 0 | 3,000,000 | 3,000,000 | 3,000,000 |
| **Intangibles and Other Assets** | | | | | |
| | Intercompany Receivables: | 0 | 0 | 0 | 0 |
| | Goodwill: | 0 | 0 | 0 | 0 |
| | Loan Costs: | 0 | 0 | 0 | 0 |
| | Organization Costs: | 0 | 0 | 0 | 0 |
| | Patents: | 0 | 0 | 0 | 0 |
| | Non-Compete Agreements: | 0 | 0 | 0 | 0 |
| | Trademarks and Trade names: | 0 | 0 | 0 | 0 |
| | Licenses: | 0 | 0 | 0 | 0 |
| | Deferred Bond Issuance Expense: | 0 | 0 | 0 | 0 |
| | Miscellaneous Assets: | 0 | 0 | 0 | 0 |
| **Total Intangibles and Other Assets** | | 0 | 0 | 0 | 0 |
| **TOTAL ASSETS** | | 0 | 3,000,000 | 3,000,000 | 3,000,000 |

# Innovative Food Solutions
## Balance Sheet
"09/01/2025

| | Opening Balance | Sep | Oct | Nov |
|---|---|---|---|---|
| **LIABILITIES** | | | | |
| **Current Liabilities** | | | | |
| Notes Payable | 1,200,000 | 1,100,000 | 1,100,000 | 1,100,000 |
| Overdrafts and Commercial Paper: | 0 | 0 | 0 | 0 |
| Current Portion of Long Term Debt: | 0 | 0 | 0 | 0 |
| Accounts Payable: | 0 | 0 | 0 | 0 |
| Intercompany Payable - | | | | |
| Intercompany Payable - | 0 | | 0 | |
| Sales Tax Payable: | 0 | 0 | 0 | 0 |
| Employee Deductions Withheld: | 0 | 0 | 0 | 0 |
| Payroll Taxes Withheld: | 0 | 0 | 0 | 0 |
| Liabilities - Other: | 0 | 0 | 0 | 0 |
| Accrued Wages and Salaries: | 0 | 0 | 0 | 0 |
| Accrued Employee Benefits: | 0 | 0 | 0 | 0 |
| Accrued Payroll Taxes: | 0 | 0 | 0 | 0 |
| Accrued Expenses: | 0 | 0 | 0 | 0 |
| Accrued Taxes on Income: | 0 | 0 | 0 | 0 |
| Accrued Taxes Other: | 0 | 0 | 0 | 0 |
| **Total Current Liabilities** | 1,200,000 | 1,100,000 | 1,100,000 | 1,100,000 |
| **Long Term Debt** | | | | |
| Term Loans: | 0 | 0 | 0 | 0 |
| Capital Leases: | 0 | 0 | 0 | 0 |
| Deferred Taxes: | 0 | 0 | 0 | 0 |
| **Total Long Term Debt** | 0 | 0 | 0 | 0 |
| **Stockholders' Equity** | | | | |
| Capital Contributions - Member A/B | 0 | 0 | 0 | |
| Treasury Stock: | 0 | 0 | 0 | 0 |
| Preferred Stock: | 0 | 0 | 0 | 0 |
| Dividends: | 0 | 0 | 0 | 0 |
| Retained Earnings: | 0 | | | |
| **Total Stockholders' Equity** | 0 | | 0 | 0 |
| **Total Liabilities and Net Worth** | 1,200,000 | 1,100,000 | 1,100,000 | 1,100,000 |