# CERTIFIED COPY OF RESOLUTION OF INNOVATIVE FOOD SOLUTIONS, LLC AUTHORIZING THE FILING OF A PETITION UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

**WHEREAS**, Innovative Food Solutions, LLC (the "Company"), is a limited liability company formed under the laws of the State of Indiana; and

**WHEREAS**, all of the duly authorized members of the Company have determined that it is in the best interest of Company to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code; and

**WHEREAS**, the undersigned members constitute all the members of the Company and have authorized the filing by the Company of a voluntary petition under Chapter 11 of the United States without the need for a meeting of the members.

**WHEREAS** the following resolution was adopted by the members in accordance with Articles of Organization or Operating Agreement.

**RESOLVED:** That James Bloom is hereby appointed and designated as the responsible person for Innovative Food Solutions, LLC ("Company"), and is authorized and directed, on behalf of the Company to prepare and file on behalf of the Company a voluntary petition under Chapter 11 of Title 11 of the United States Code, and to execute all other necessary papers in connection therewith in the United States Bankruptcy Court for the Northern District of Ohio, and further, to such end, to do any other acts and take any other steps, in the name and on behalf of the Company necessary or appropriate to obtaining an order for relief under such chapter of the Bankruptcy Code; and in connection therewith, is hereby authorized to retain Scott A. Ciolek of Ciolek Ltd. as its

legal counsel for the Company to represent it in connection with said Chapter 11 proceedings and other related matters.

The undersigned further certifies that there are no provisions in the Company's Articles of Organization or in the Operating Agreement limiting the power to pass the foregoing resolution and that the foregoing resolution has not been subsequently rescinded, amended or otherwise modified and is still in full force and effect.

Date:  9/10/11

James Bloom
Member